# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| HOLLIDAY SAND & GRAVEL COMPANY, INC., as successor to HOLLIDAY SAND & GRAVEL COMPANY, LLC, and ASH GROVE AGGREGATES, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> AXIS INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and NEW YORK MARINE AND GENERAL INSURANCE COMPANY <br><br> Defendants. | Civil Action No.  4:21-CV-00060-RK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Holiday Sand & Gravel Company, Inc. and Ash Grove Aggregates, Inc. and Defendants Axis Insurance Company, Zurich American Insurance Company, and New York Marine and General Insurance Company (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims and counterclaims asserted in this action, with prejudice.  Each party will bear their own attorneys' fees and costs.

Respectfully submitted this 19th day of January 2024.

**LATHROP GPM LLP**

/s/ *Sarah Millin*

Sarah E. Millin      MO #55250
Noah H. Nash       MO #72048
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Phone: (816) 292.2000
Facsimile: (816) 292.2001
Sarah.Millin@LathropGPM.com
Noah.Nash@LathropGPM.com

*Attorneys for Plaintiff Holliday Sand &
Gravel Company, Inc. and Ash Grove
Aggregates, Inc.*

**FRANKE SCHULTZ & MULLEN, P.C.**

/s/ *Matthew Clifford*

John G. Schultz      MO #34711
Matthew M. Clifford  MO #64785
8900 Ward Parkway
Kansas City, MO 64114
Phone: (816) 421.7100
Facsimile: (816) 421.7915
JSchultz@fsmlawfirm.com
MClifford@fsmlaw.com

*Attorneys for Defendant New York Marine
and General Insurance Company*

**BAKER STERCHI COWDEN & RICE
LLC**

/s/ *Michael Shunk*

James S. Kreamer    MO #46533
Michael W. Shunk    MO #43841
2400 Pershing Road, Ste. 500
Kansas City, MO 64108
Phone: (816) 471.2121
Facsimile: (816) 472.0288
JKellogg@bscr-law.com
Kreamer@bscr-law.com

*Attorneys for Defendant Axis Insurance
Company*

**KUTAK ROCK LLP**

/s/ *Meredith Webster*

Larry D. Fields      MO #39426
Meredith A. Webster  MO #63310
2300 Main Street, Ste. 800
Kansas City, MO 64108
Phone: (816) 960.0090
Facsimile: (816) 960.0041
Larry.Fields@kutakrock.com
Meredith.Webster@kutakrock.com

*Attorneys for Defendant Zurich American
Insurance Company*